UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In Re COMVERSE TECHNOLOGY , INC.
SECURITIES LITIGATION            **ORDER**
           **06-CV-1825 (NGG) (RER)**

-------------------------------------------------------------X
GARAUFIS, United States District Judge.

At a status conference held on August 11, 2006 in the related class action cases of Caiafa v. Comverse Technology, Inc., 06-CV-1825 and Gorman v. Comverse Technology, Inc., 06-CV-2738, this court orally consolidated the two cases under the caption In re Comverse Technology, Inc. Securities Litigation, 06-CV-1825.  This written order confirms that consolidation and modified caption.

It is hereby ORDERED that the cases Caiafa v. Comverse Technology, Inc., 06-CV-1825 and Gorman v. Comverse Technology, Inc., 06-CV-2738 are hereby consolidated and will proceed under the caption In re Comverse Technology, Inc. Securities Litigation, 06-CV-1825.

Further, it is ORDERED that all pre-trial matters are REFERRED to Magistrate Judge Ramon E. Reyes for decision or for a report and recommendation as is appropriate depending on the nature of the matter.


SO ORDERED.

Dated: August 16, 2006                      /s/
      Brooklyn, N.Y.                 NICHOLAS S. GARAUFIS
                                                  United States District Judge