# EXHIBIT B

Comverse Technology                                           05/04/2010

## Pomerantz Haudek Grossman & Gross LLP
### HOURS AND LODESTAR BY CURRENT RATE

| ATTORNEY | STATUS | CURRENT RATE | HOURS | CURRENT LODESTAR |
|---|---|---|---|---|
| Axelrod, Robert J. | Partner | $675.00 | 1.00 | $675.00 |
| Berger, Daniel L. | Partner | $790.00 | 1045.65 | $826,063.50 |
| Cowart, Jason | Partner | $615.00 | 8.25 | $5,073.75 |
| Dahlstrom, Patrick V. | Partner | $780.00 | 4685.75 | $3,654,885.00 |
| Gross, Marc I. | Partner | $825.00 | 775.65 | $639,911.25 |
| Grossman, Stanley M. | Partner | $880.00 | 402.90 | $354,552.00 |
| Lieberman, Jeremy | Partner | $600.00 | 2891.69 | $1,735,014.00 |
| Rushd, Shaheen | Partner | $780.00 | 946.25 | $738,075.00 |
| Walsh, Murielle Steven | Partner | $625.00 | 968.75 | $605,468.75 |
| Dell, Jessica | Associate | $430.00 | 893.25 | $384,097.50 |
| Hodgson, R. James | Associate | $500.00 | 13.70 | $6,850.00 |
| Qian, Fei-Lu | Associate | $450.00 | 263.90 | $118,755.00 |
| Straw, Carol | Associate | $385.00 | 785.00 | $302,225.00 |
| Weinrib, Tamar A. | Associate | $485.00 | 721.75 | $350,048.75 |
| Weiswasser, Susan J. | Associate | $460.00 | 967.30 | $444,958.00 |
| Aratchi, Kumundi Uswatte | Project Associate | $350.00 | 367.45 | $128,607.50 |
| Charles, Midwin | Project Associate | $350.00 | 328.80 | $115,080.00 |
| Dienst, Victoria W. | Project Associate | $400.00 | 1743.00 | $697,200.00 |
| Ettrick, Mark | Project Associate | $325.00 | 271.00 | $88,075.00 |
| Feit, Gregory P. | Project Associate | $300.00 | 588.00 | $176,400.00 |
| Fourton, Leslie E. | Project Associate | $400.00 | 420.65 | $168,260.00 |
| Frazzitta, Mildred C. | Project Associate | $450.00 | 1643.30 | $739,485.00 |
| Gerowitz, Laurence D. | Project Associate | $300.00 | 686.75 | $206,025.00 |
| Indra, Ron | Project Associate | $350.00 | 436.75 | $152,862.50 |
| Joyce, Bridge C. | Project Associate | $350.00 | 1003.40 | $351,190.00 |
| Kalman, Suzanne B. | Project Associate | $350.00 | 443.00 | $155,050.00 |
| Littan, Shari H. | Project Associate | $400.00 | 1650.00 | $660,000.00 |
| Long, Ryan E. | Project Associate | $325.00 | 255.40 | $83,005.00 |
| Martin, Daniel L. | Project Associate | $350.00 | 1041.25 | $364,437.50 |
| Maurillo, Alex E. | Project Associate | $250.00 | 47.00 | $11,750.00 |
| Murray, Cyril C. | Project Associate | $300.00 | 1219.75 | $365,925.00 |
| Pakula, Michelle L. | Project Associate | $225.00 | 509.50 | $114,637.50 |
| Perrone, Laura M. | Project Associate | $400.00 | 2361.80 | $944,720.00 |
| Pomerance, Anita L. | Project Associate | $350.00 | 557.00 | $194,950.00 |
| Ratnayake, Prashantha D. | Project Associate | $315.00 | 19.00 | $5,985.00 |
| Reiss, Victoria S. | Project Associate | $300.00 | 316.25 | $94,875.00 |
| Rubenstein, Laurence M. | Project Associate | $400.00 | 2997.75 | $1,199,100.00 |
| Salley, Ronald | Project Associate | $350.00 | 435.00 | $152,250.00 |
| Scanlon, Frances E. | Project Associate | $500.00 | 169.25 | $84,625.00 |

| | | | | |
|---|---|---|---|---|
| Sendak, Shemer | Project Associate | $325.00 | 303.90 | $98,767.50 |
| Sikora, Steve M. | Project Associate | $300.00 | 779.00 | $233,700.00 |
| Spilka, Mathew J. | Project Associate | $350.00 | 1209.50 | $423,325.00 |
| Tesar, Ann Marie | Project Associate | $300.00 | 275.50 | $82,650.00 |
| Webster, Janice B. | Project Associate | $350.00 | 3621.75 | $1,267,612.50 |
| Weiden, Jared | Project Associate | $350.00 | 334.70 | $117,145.00 |
| Weiner, Howard S. | Project Associate | $350.00 | 353.50 | $123,725.00 |
| Zelter, Aimee J. | Project Associate | $350.00 | 112.70 | $39,445.00 |
| Zohar, Yasmin | Project Associate | $250.00 | 480.75 | $120,187.50 |
| Silverman, Joshua B | Of Counsel | $595.00 | 28.75 | $17,106.25 |
| Smollar, Leigh H. | Of Counsel | $595.00 | 187.50 | $111,562.50 |
| | **ATTORNEYS' TOTAL** | | 42569.39 | $20,056,373.75 |

| PARALEGALS AND LEGAL ASSISTANTS | STATUS | CURRENT RATE | HOURS | CURRENT LODESTAR |
|---|---|---|---|---|
| Eng, Vincent K. | Paralegal | $270.00 | 372.00 | $100,440.00 |
| Moskowitz, Carolyn S. | Paralegal | $250.00 | 8.00 | $2,000.00 |
| Paige, Terence E. | Paralegal | $235.00 | 36.00 | $8,460.00 |
| Webb, Teresa L. | Paralegal | $250.00 | 8.00 | $2,000.00 |
| Yamada, Paul M. | Paralegal | $230.00 | 36.00 | $8,280.00 |
| Allen, Gregory B. | Legal Assistant | $125.00 | 49.25 | $6,156.25 |
| Johnson, Joshua | Legal Assistant | $125.00 | 41.25 | $5,156.25 |
| Mignon, Marguerite | Legal Assistant | $125.00 | 86.50 | $10,812.50 |
| Moore, Deborah Y. | Legal Assistant | $125.00 | 90.00 | $11,250.00 |
| Palmer, Rebecca | Data Entry | $125.00 | 277.25 | $34,656.25 |
| **PARALEGALS' AND LEGAL ASSISTANTS' TOTAL** | | | 1004.25 | $189,211.25 |

| | | | |
|---|---|---|---|
| | **FIRM'S TOTAL** | 43573.64 | $20,245,585.00 |